AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

Carl Young Langendorf,

    Plaintiff,

          v.

Maggie Miller-Stout,

    Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-09-203-CI

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED Petitioner's Motion (Ct. Rec. 7) is GRANTED and the petition is DISMISSED without prejudice to Mr. Langendorf filing a new action once he has fully exhausted his state court remedies.  Petitioner should be mindful of the one-year limitations period for filing habeas actions under the Antiterrorism and Effective Death Penalty Act of 1996 (AEDPA).  File is closed.

November 30, 2009
*Date*

JAMES R. LARSEN
*Clerk*
s/ Cheryl Switzer
*(By) Deputy Clerk*
Cheryl Switzer